FILED
CLERK, U.S. DISTRICT COURT

FEB 4 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENGHIS D. SANDERS, | No. CV 02-9448 AHS (CW) |
| Petitioner, | JUDGMENT |
| v. | |
| ROBERT J. HERNANDEZ, Warden, | |
| Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and dismissed with prejudice.

DATED: FEB - 4 2008

ALICEMARIE H. STOTLER
Chief United States District Judge